UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE LUIS FRANCO-MORALES,<br><br>Defendant. | NO: 1:13-CR-2103-TOR-6<br><br>ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE<br><br>*USMS Action Required* |

Before the Court is the government's Motion to Dismiss Indictment (ECF No. 350). The motion was submitted for consideration without oral argument. The Court has reviewed the motion and the file therein and is fully informed. For good cause shown, the Court grants the motion, but makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, IT IS HEREBY ORDERED:

1. The government's Motion to Dismiss Indictment (ECF No. 350) is **GRANTED**.

ORDER DISMISSING INDICTMENT ~ 1

2. The second superseding indictment (ECF No. 142) in this matter is **DISMISSED** without prejudice as to Jorge Luis Franco-Morales.

3. All pending motions are **DENIED** as moot.

4. All pending hearings are stricken from the Court's calendar.

5. The Defendant shall be released from the United States Marshal's Service custody forthwith.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

**DATED** September 1, 2015.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING INDICTMENT ~ 2